IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHIEF JUSTICE OF THE EASTERN DISTRICT COURT

Honorable, JUAN R. SANCHEZ
U.S. COURTHOUSE
601 MARKET STREET, ROOM 11614
PHILADELPHIA, PA 19106-1711

FILED
SEP 13 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

SEP 13 2019

RE: Arthur Bomar v. John E. Wetzel, Secretary
Pennsylvania Department of Correction et al.
NO.2:04-cv-01730-JS, THIS IS A CAPITAL CASE

Your Honor Chief Justice, Sanchez:

May it please this Court I am the Petitioner, Arthur Bomar in the above captioned matter, I am writing you to inquire about the progress of my Capital Case, it has been one (1) year since this Court Your Honor issued (Doc 53) an Order which directed the above Capital Case from SUSPENSE on September 12, 2018, See a Copy of your Order (Doc 53) dated; September 12, 2018, attach hereto as [Exhibit-A]. A ruling/opinion has not yet been filed by this Court as of the below date of this letter.

   Respectfully, I realize that the PA. United States District Court rules on a large number of case (Civil/Criminal) per year, however, one (1) year without a ruling/opinion is becoming an inordinate delay whether the ruling is in my favor or not. Thus, I request your inquiry into the delay and rectification.

   I would appreciate your attention in this matter, and please do not hesitate to contact me at the address below if there is a problem that I don't know about, I have forward a Copy of this correspondence is being provided to all parties.

Respectfully submitted,

_____
Arthur Bomar Petitioner Pro se
D.O.C. ID#DK-1677
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370

September 12, 2019 -
Date

# EXHIBIT A

ORDER (Doc 53) DATED; SEPTEMBER 12, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR BOMAR | : CIVIL ACTION |
| | : |
| v. | : No. 04-1730 |
| | : |
| JOHN E. WETZEL, Secretary, | : **THIS IS A CAPITAL CASE** |
| Pennsylvania Department of Corrections, | : |
| et al. | : |

**ORDER**

AND NOW, this 12th day of September, 2018, it is ORDERED the above-captioned case shall be removed from suspense.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHIEF JUSTICE OF THE EASTERN DISTRICT COURT

Honorable, JUAN R. SANCHEZ
U.S. COURTHOUSE
601 MARKET STREET, ROOM 11614
PHILADELPHIA, PA 19106-1711

>RE: Arthur Bomar v. John E. Wetzel, Secretary
>Pennsylvania Department of Correction et al.
>NO.2:04-cv-01730-JS, THIS IS A CAPITAL CASE

## CERTIFICATE OF SERVICE

I, Arthur Bomar, Petitioner, hereby certify that I am on this 12 day of September, 2019, Serving the foregoing document(s) upon the person(s) and in the manner as indicated below. Which service satisfies the requirement of Fed.R.Civ.P. 5 (b)(c).

SERVICE BY FIRST CLASS MAIL
ADDRESSED AS FOLLOWS:

Jennifer Chiccarino, Esquire
Leor Veleanu, Esquire
Katherine Ensler, Esquire
Federal Community Defender Office
For The Eastern District of Pennsylvania
Capital Habeas Unit
Suite 545 West—The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

William R. Toal, III, Esquire
Delaware County District
Attorney's Office Delaware County
Courthouse
201 West Front Street
Media, PA 19063

*Arthur Bomar* Petitioner Pro se
D.O.C. ID#DK-1677
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370

2.

MR. ARTHUR BOMAR #DK-1677

175 Progress Drive
Waynesburg, PA 15370

PA DEPT OF
CORRECTIONS
INMATE MAIL



U.S. POSTAGE >> PITNEY BOWES

ZIP 15370  $ 000.50⁰
02 4W
0000355500 SEP 09 2019

MR. JUAN R. SANCHEZ
CHIEF JUSTICE
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET, ROOM 11614
PHILADELPHIA, PA 19106-1711

LEGAL-MAIL          LEGAL-MAIL          LEGAL-MAIL

19106$1711 C019