IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR BOMAR | : | CIVIL ACTION |
| | : | |
| v. | : | No. 04-1730 |
| | : | |
| JOHN E. WETZEL, Secretary, | : | **THIS IS A CAPITAL CASE** |
| Pennsylvania Department of Corrections, | : | |
| et al. | : | |

## ORDER

AND NOW, this 10th day of January, 2020, following a teleconference with the parties on January 7, 2020, it is ORDERED the oral argument on the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is CONTINUED to February 7, 2020, at 10:30 a.m. in Courtroom 14B, to permit Petitioner to attend via videoconference from SCI-Greene.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.