# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR BOMAR,** *Petitioner* | : | CIVIL ACTION |
| v. | : | |
| **JEFFREY BEARD, et al.,** *Respondents* | : | NO. 04-1730 |

*TO THE CLERK OF THE COURT:*

## NOTICE OF APPEARANCE BY RESPONDENTS' COUNSEL

Let it be known hereby that CATHERINE B. KIEFER, Deputy District Attorney of the Delaware County District Attorney's Office, and a member in good standing of the bar of this Honorable Court, enters her appearance as counsel on behalf of respondents in the captioned habeas case.

## NOTICE OF WITHDRAWAL OF APPEARANCE

William Toal, Esq., who ceased serving as an Assistant District Attorney for Delaware County in April 2022, withdraws his appearance on behalf of respondents.

Respectfully submitted,

*Catherine B. Kiefer*
CATHERINE B. KIEFER
Deputy District Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR BOMAR,** *Petitioner* | : | CIVIL ACTION |
| v. | : | |
| **JEFFREY BEARD, et al.,** *Respondents* | : | NO. 04-1730 |

## CERTIFICATE OF SERVICE

I, CATHERINE B. KIEFER, hereby certify that on January 24, 2023, a copy of the foregoing pleading was served on petitioner via first class mail as follows:

>Michael Wiseman, Esq.
>Wiseman & Schwartz
>718 Arch Street, Suite 702 North
>Philadelphia, PA 19106

>*Catherine B. Kiefer*
>Deputy District Attorney
>Office of the District Attorney
>Delaware County Courthouse
>201 West Front Street
>Media, PA 19063-2783
>(Attorney for Commonwealth)