IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR BOMAR | : | CIVIL ACTION |
| | : | |
| v. | : | No. 04-1730 |
| | : | |
| JOHN E. WETZEL, Secretary, | : | **THIS IS A CAPITAL CASE** |
| Pennsylvania Department of Corrections, | : | |
| et al. | : | |

# ORDER

AND NOW, this 31st day of March, 2023, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 17), Petitioner's Memorandum of Law (ECF No. 39), Respondents' Answer and Memorandum of Law (ECF Nos. 45, 45-1, 45-2), and Petitioner's Reply (ECF No. 52), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED.
2. No certificate of appealability shall issue.
3. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.