IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR BOMAR | : | CIVIL ACTION |
| | : | |
| v. | : | No. 04-1730 |
| | : | |
| JOHN E. WETZEL, Secretary, | : | **THIS IS A CAPITAL CASE** |
| Pennsylvania Department of Corrections, | : | |
| et al. | : | |

# ORDER

AND NOW, this 5th day April, 2024, upon consideration of Petitioner Arthur Bomar's Motion to Alter and Amend Judgment and the Commonwealth's response thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 69) is DENIED.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.